UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEFFREY VENZA TURNER | CIVIL ACTION NO. 22-cv-582 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| GO AUTO INSURANCE CO, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint be dismissed for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_13th\_\_\_ day of \_\_\_January\_\_\_, 2022̶ x3

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE